MINUTE ENTRY
NORTH, M.J.
AUGUST 10, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYL COLE | CIVIL ACTION |
| VERSUS | NUMBER: 21-1348 |
| OCEANEERING INTERNATIONAL, INC. | SECTION: "D"(5) |

As a result of ongoing negotiations among the Court and the parties, a settlement agreement was reached with respect to the claims of the Darryl Cole.

The Court thanks counsel and the parties for their efforts in bringing Mr. Cole's claims to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE WENDY B. VITTER

MJSTAR (04:30)