UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYL COLE,<br>    Plaintiff,<br><br>v.<br><br>OCEANEERING INTERNATIONAL, INC.<br>    Defendant, | CASE NO.: 2:21-cv-01348-WBV-MBN<br><br>JUDGE WENDY B. VITTER<br><br>MAG. JUDGE MICHAEL B. NORTH |

## **MOTION FOR ENTRY OF FINAL JUDGMENT**

NOW INTO COURT through undersigned counsel, comes Pharma-Safe Industrial Services, Inc. (Pharma-Safe) who moves the court for entry of a final judgment in favor of Pharma-Safe on showing:

1. Following settlement negotiations among the parties facilitated by Magistrate Judge North, the Plaintiff Darryl Cole agreed on August 10, 2023 to release any and all claims that he asserted against Oceaneering International, Inc. ("Oceaneering") and Pharma-Safe.

2. Under the terms of the Settlement Agreement Pharma-Safe agreed to pay, and did pay Darryl Cole, a total amount of ONE MILLION THREE HUNDRED FIFTY THOUSAND (1,350,000) DOLLARS as consideration for a release of all claims against the Oceaneering and Pharma-Safe interests.

3. Pharma-Safe reserved all claims for contractual defense and indemnity against Huisman, along with Pharma-Safe's right to appeal the District Court's denial of Pharma-Safe's Motion for Summary Judgment for contractual defense and indemnity.

4. Pharma-Safe filed a Notice of Appeal [Rec. Doc. 254] on September 21, 2023 concerning the Court's Order and Reasons [Rec. Doc. 252] denying Pharma-Safe's Motion for Summary Judgment [Rec. Doc. 136] and granting Huisman North America Services, LLC's

("Huisman") Cross-Motion for Partial Summary Judgment [Rec. Doc. 172] on Pharma-Safe's Cross-Claim [Rec. Doc 125] against Huisman.

5. On October 12, 2023 the Plaintiff filed his Motion to Dismiss Oceaneering and Pharma-Safe with Prejudice [Rec. Dec. 257].

6. The Court granted the plaintiff's Motion to Dismiss and entered an Order [Rec. Doc. 258] on October 12, 2023 dismissing the claims Darryl Cole possesses, possessed, or may possess against Oceaneering International, Inc. and Pharma-Safe Industrial Services, Inc. with prejudice with each party to bear its own costs.

7. On June 25, 2024, the U.S. Fifth Circuit Court of Appeal issued its Opinion, holding that the contract between Oceaneering and Huisman requires Huisman to provide defense and indemnity to the Oceaneering Company Group to which Oceaneering and Phara-Safe belong, reversing the District Court's decision to the contrary.

8. On July 17, 2024 the Court of Appeal entered Judgment and remanded this cause to the District Court for further proceedings in accordance with its Opinion.

9. The Court of Appeal remanded for this Court only to resolve Huisman's contention that Pharma-Safe's August 10, 2024 settlement with Darryl Cole was unreasonable.

10. It is therefore necessary for this Court to enter a final judgment on remand, in favor of Pharma-Safe in accordance with the Court of Appeal mandate; to determine the reasonableness of Pharma-Safe's settlement with Darryl Cole; and enter an Order requiring Huisman to reimburse fees and expenses Pharma-Safe has paid defending against Darryl Cole's claims including fees and expenses Pharma-Safe was contractually obligated to pay to or on behalf of Oceaneering in its defense of the Cole claim.

WHEREFORE, Movers pray that Huisman North America Services, LLC be ordered to appear and show cause why the Court should not enter judgment in favor of Pharma-Safe Industrial Services, Inc. and against Huisman North America Services, Inc. in the sum of ONE MILLION THREE HUNDRED FIFTY THOUSAND ($1,350,000) DOLLARS, together with pre-judgment and post-judgment legal interest from date of judicial demand until paid, and for Pharma-Safe's direct and contractual costs and expenses, including attorney fees, SEVEN HUNDRED FIFTY-FIVE THOUSAND TWO HUNDRED FORTY and 13/100 DOLLARS ($755,240.13), incurred defending against Mr. Cole's claims and in prosecution of its claim for defense and indemnity against Huisman, and for all taxable costs of this proceeding and its appeal.

Respectfully submitted,

DEUTSCH KERRIGAN, LLP

*/s/ Walter P. Maestri*
Walter P. Maestri (# 25776)
Frederick Theodore LeClercq (# 23517)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-4061
wmaestri@deutschkerrigan.com
ted@deustchkerrigan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of August 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Walter P. Maestri*

3