# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL COLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1348** |
| **OCEANEERING INTERNATIONAL, INC.** | **SECTION: D (5)** |

## ORDER OF CONDITIONAL DISMISSAL

The Court, having been advised by the Magistrate Judge that the parties to this action have reached a settlement of all claims (R. Doc. 300);

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court thanks the parties and the Magistrate Judge for their efforts in amicably resolving the remaining matters. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, January 29, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**